# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| STEPHEN RATNER, AUDREY RATNER, AND DR. ROBERT OSTOYICH, | : | No. 532 EAL 2021 |
| | : | |
| Respondents | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | : | |
| v. | : | |
| | : | |
| | : | |
| IRON STONE REAL ESTATE FUND, I, L.P., | : | |
| IRON STONE REAL ESTATE GROUP I, | : | |
| LLC, AND ANDREW EISENSTEIN, | : | |
| | : | |
| Petitioners | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 2nd day of June, 2022, the Petition for Allowance of Appeal is **DENIED**.